

# ANTHONY CHANCELOR
### Sheriff
### Clarke County

444 West Donald Street
Quitman, MS 39355
Telephone: (601) 776-5252
Fax: (601) 776-1025

## Grievance Form

**Inmate Name:** Danny Hudson        **Date:** 3-25-2025

*\*\*This reason spot is for brief explanation/importance level\*\**

**Reason for Form:** Have not recieved info on sick call

*\*\*Don't forget the saying A Boy Who Cried Wolf\*\**

**Explain:** I turned in a sick call to Kasey Kyle Between 5pm and 5:30pm on March 14, 2025 and I still havnt recieved any information in regards to it. I was attacked by another inmate on the 17th Reported it informed officer's my back was hurt worse and I needed x-Ray's done. Still nothing.

**Seen By:** _____

**Date Seen:** _____

I have asked for 3 day's now for admin to return Info on Funds for my account and I keep getting ignored and refused my paper work yall are requesting

4-10-2025

Danny Hutson

Whitnesses

Tsaiah R. Roberts

Joe Felps

David Greyson

James short